IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00918-WYD-BNB

WELLS LIVESTOCK SERVICES, LLC, a Colorado limited liability company,

Plaintiff,

v.

4 BK CATTLE COMPANY, LLC, a Kansas limited liability company, and
SANTA FE TRIAL DAIRY, LLC, a Kansas limited liability company,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion for Leave to File First Amended Counterclaims and Third-Party Complaint** [docket no. 30, filed August 24, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is to accept for filing the First Amended Counterclaims and Third-Party Complaint for filing.  All parties are to note that the caption in the future is to show the addition of the third party defendant.

IT IS FURTHER ORDERED that the hearing set for September 13, 2007, is VACATED.

DATED:  September 5, 2007