IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00918-WYD-BNB

WELLS LIVESTOCK SERVICES, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

4 BK CATTLE COMPANY, LLC, a Kansas Limited Liability Company; and
SANTA FE TRAIL DAIRY, LLC, a Kansas Limited Liability Company,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss All Claims With Prejudice, All Counterclaims With Prejudice, All Third-Party Claims With Prejudice, and This Case With Prejudice (docket #37), filed September 14, 2007.  After carefully reviewing the above-captioned case, I find that this stipulated motion should be granted.  Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss All Claims With Prejudice, All Counterclaims With Prejudice, All Third-Party Claims With Prejudice, and This Case With Prejudice (docket #37) is **GRANTED**.  It is

FURTHER ORDERED that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated: September 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge